IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PHILLIP C. LYNCH and JEANNE LYNCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 3:17-cv-1142-JPG-RJD |
| | ) | |
| NEBRASKA NEXT DAY, INC., SEAN D. BIELICKE, and DHL EXPRESS (USA), INC., | ) ) ) | |
| Defendants. | ) | |

## MINUTES OF SETTLEMENT CONFERENCE

**DATE:** June 4, 2019               **TIME:** 10:30 A.M.

**PLACE:** U.S. Courthouse, Benton, Illinois

**PRESENT:** Honorable Reona J. Daly, U. S. Magistrate Judge

COUNSEL FOR PLAINTIFF: _Jill Womick-Bloodworth_

COUNSEL FOR DEFENDANTS: _Jennifer Mulvey_

**PROCEEDINGS:**   Settlement Conference      In-Court Hours: _3.0_

_✓_ CASE SETTLED     ___ CASE DID NOT SETTLE     ___ CONF. CONTINUED

  _✓_ Order of Dismissal to enter. _60 day_
  _✓_ Terms of settlement read into the record.   Reporter, _Liberty_
  ___ Another Settlement Conference will be scheduled at a later date
  ___ Other: _____.