IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIP C. LYNCH,

Plaintiffs,

v.

NEBRASKA NEXT DAY, INC., *et al.*,

Defendants.

Case No. 17-cv-1142 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 8, 2019**         **MARGARET M. ROBERTIE, Clerk of Court**

*s/Tina Gray*
  **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**